IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                    CRIMINAL 11-0444CCC

1) PEDRO A. MORA-MORA

Defendant

**ORDER**

Having considered the Report and Recommendation filed on October 31, 2011
(**docket entry 9**) on a Rule 11 proceeding of defendant Pedro A. Mora-Mora held before
U.S. Magistrate Judge Marcos E. López on October 27, 2011, to which no opposition has
been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Mora-Mora
is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with
awareness of his rights and the consequences of pleading guilty and contains all elements
of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence
Investigation Report since October 27, 2011.   The **sentencing hearing is set for
February 1, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 16, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge